**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7039**

———————

KENNETH DELBRIDGE,

                                    Plaintiff - Appellant,

        versus

STEPHEN M. DEWALT, Warden,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(CA-05-1487-1-BEL)

———————

Submitted:  March 23, 2006          Decided: March 28, 2006

———————

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kenneth Delbridge, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth Delbridge, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Delbridge v. Dewalt, No. CA-05-1487-1-BEL (D. Md. June 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED